

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|  | United States Attorney |
| 2 | STANLEY A. BOONE |
|  | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
|  | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
|  | Telephone: (559) 497-4000 |

FILED
AUG 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | ) | 07-SW-00169 | SMS |
|---|---|---|---|
| | ) | 07-SW-00167 | SMS |
| 8200 Stockdale Highway, #K4 | ) | 07-SW-00174 | SMS |
| Bakersfield, California 93311 | ) | 07-SW-00173 | SMS |
| | ) | 07-SW-00172 | SMS |
| 3700 Gosford Road, Suite C | ) | 07-SW-00179 | SMS |
| Bakersfield, California 93309 | ) | 07-SW-00178 | SMS |
| | ) | 07-SW-00168 | SMS |
| 12504 Crown Crest Drive | ) | 07-SW-00171 | SMS |
| Bakersfield, California 93311 | ) | 07-SW-00175 | SMS |
| | ) | 07-SW-00176 | SMS |
| 10509 New Quay Court | ) | 07-SW-00177 | SMS |
| Bakersfield, California 93311 | ) | |
| | ) | ORDER TO UNSEAL SEARCH WARRANT |
| 12716 Crown Crest Drive | ) | AFFIDAVIT AND WARRANTS |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 5208 Glacier Canyon Court | ) | |
| Bakersfield, California 93313 | ) | |
| | ) | |
| 12403 Crown Crest Drive | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 11503 Walderi Street | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 11713 Covent Gardens Drive | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 4500 California Avenue, Ste 209 | ) | |
| Bakersfield, California 93309 | ) | |
| | ) | |
| 12004 Bedfordshire Drive | ) | |
| Bakersfield, California 93311 | ) | |
| | ) | |
| 11911 Crockett Court | ) | |
| Bakersfield, California | ) | |
| | ) | |
| 10800 Strattong Court | ) | |
| Bakersfield, California | ) | |
| | ) | |

1

1  The search warrant affidavit in this case having been sealed
2  by Order of its Court on September 11, 2007, and it appearing that
3  the affidavit and warrant are not required to remain secret based
4  upon the motion submitted by the government,
5     IT IS HEREBY ORDERED that the search warrant affidavits and
6  warrants be unsealed and made public record.

DATED: Aug. 10, 2011

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER